# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYMTAL INTERNATIONAL, INC., ) <br> a Michigan Corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHUBB CUSTOM INSURANCE ) <br> COMPANY, a Foreign Corporation, and ) <br> PARTNER'S SPECIALTY GROUP, LLC, ) <br> ) <br> Defendants. ) | Case No. CIV-10-0688-HE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST CHUBB CUSTOM INSURANCE COMPANY

Plaintiff, LymTal International, Inc. ("**Plaintiff**"), and Defendant, Chubb Custom Insurance Company ("**Defendant**"), by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety *with prejudice* to their refiling.  Each party shall bear its own attorney's fees and cost.

Respectfully submitted this 16th day of August, 2011.

                                                                 s/ George H. Brown
                                                                 George H. Brown, OBA # 18020
                                                                 Tony Gould, OBA # 18564
                                                                 Joshua C. Stockton, OBA # 21833
                                                                 **BROWN & GOULD, PLLC**
                                                                 136 N.W. 10th Street
                                                                 Oklahoma City, OK 73103
                                                                 Telephone: (405) 235-4500
                                                                 Facsimile: (405) 235-4507
                                                                 Email: gbrown@browngouldlaw.com
                                                                 **ATTORNEYS FOR PLAINTIFF LYMTAL INTERNATIONAL, INC.**

/s/ John H. Tucker
John H. Tucker, OBA #9110
e-mail: jtucker@rhodesokla.com
Kerry R. Lewis, OBA #16519
e-mail: klewis@rhodesokla.com
RHODES, HIERONYMUS, JONES, TUCKER &
GABLE, PLLC
P. O. BOX 21100
Tulsa, OK 74121-1100
918-582-1173 / Fax: 918-592-3390

-and-

Daniel F. Gourash (OH Bar No. 0032413)
e-mail: dfgourash@sseg-law.com
Robert D. Anderle (OH Bar No. 0064582)
rdanderle@sseg-law.com
SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA
26600 Detroit Road
Cleveland, Ohio 44145
(216) 566-8200 / (216) 566-0213 facsimile

**ATTORNEYS FOR CHUBB CUSTOM**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of August, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John H. Tucker
Kerry R. Lewis
RHODES, HIERONYMUS, JONES, TUCKER & GABLE, PLLC
Email:jtucker@rhodesokla.com
klewis@rhodesokla.com

Robert Anderle
Daniel Gourash
SEELEY, SAVIDGE, EBERT & GOURASH CO
Email: rdanderle@sseg-law.com
dfgourash@sseg-law.com
**ATTORNEYS FOR DEFENDANT CHUBB CUSTOM**

Jon Epstein
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
Email: jepstein@hallestill.com
**ATTORNEY FOR DEFENDANT PARTNERS SPECIALITY GROUP**

            /s/ George H. Brown
            George H. Brown