## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LYMTAL INTERNATIONAL, INC.,<br>a Michigan Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) | Case No. CIV-10-0688-HE |
| v. | ) <br> ) | |
| CHUBB CUSTOM INSURANCE<br>COMPANY, a Foreign Corporation, and<br>PARTNER'S SPECIALTY GROUP, LLC, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST PARTNER'S SPECIALTY GROUP, LLC

Plaintiff, LymTal International, Inc. ("**Plaintiff**"), and Defendant, Partner's Specialty Group, LLC ("**Defendant**"), by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety *with prejudice* to their refiling.  Each party shall bear its own attorney's fees and cost.

Respectfully submitted this 29th day of August, 2011.

s/ George H. Brown
George H. Brown, OBA # 18020
Tony Gould, OBA # 18564
Joshua C. Stockton, OBA # 21833
**BROWN & GOULD, PLLC**
136 N.W. 10th Street
Oklahoma City, OK 73103
Telephone: (405) 235-4500
Facsimile: (405) 235-4507
Email: gbrown@browngouldlaw.com
**ATTORNEYS FOR PLAINTIFF LYMTAL INTERNATIONAL, INC.**

/s/ Jon Epstein
Jon Epstein, OBA #13274
e-mail: jepstein@hallestill.com
HALL,  ESTILL,  HARDWICK,  GABLE,
GOLDEN & NELSON, P.C.
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
**ATTORNEY FOR**
**PARTNERS SPECIALTY GROUP**

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John H. Tucker
Kerry R. Lewis
RHODES, HIERONYMUS, JONES, TUCKER & GABLE, PLLC
Email:jtucker@rhodesokla.com
klewis@rhodesokla.com

Robert Anderle
Daniel Gourash
SEELEY, SAVIDGE, EBERT & GOURASH CO
Email: rdanderle@sseg-law.com
dfgourash@sseg-law.com
**ATTORNEYS FOR DEFENDANT CHUBB CUSTOM**

Jon Epstein
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
Email: jepstein@hallestill.com
**ATTORNEY FOR DEFENDANT PARTNERS SPECIALITY GROUP**

/s/ George H. Brown
George H. Brown